UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY LENN MOORE, JR.                                                                           PLAINTIFF

V.                                         3:15CV00370 KGB/JTR

FLECIA ANN KING, Kitchen Supervisor,
Craighead County Detention Center, et al.                                              DEFENDANTS

**ORDER**

Plaintiff, Larry Lenn Moore, Jr., is confined in the Craighead County Detention Center. He has filed a *pro se* § 1983 action alleging that Defendants violated his constitutional rights.

The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v.*

*Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire,* 636 F.3d 976, 979 (8th Cir. 2011).

Plaintiff alleges that his *unspecified* constitutional rights were violated when he ended a consensual sexual relationship with Defendant Flecia Ann King. Plaintiff has named Jail Administrator Hall and Sheriff Boyd as Defendants, but he has not explained how either of them violated his constitutional rights.

The Court needs further information to complete § 1915A screening. Thus, Plaintiff must file, within thirty days of the entry of this Order, an Amended Complaint clarifying: (1) whether Defendant King coerced him into engaging in a sexual relationship, and if so, how she coerced him; (2) how Defendant King otherwise violated his constitutional rights; (3) how Defendant Hall *personally* violated Plaintiff's constitutional rights; and (4) how Defendant Boyd *personally* violated Plaintiff's constitutional rights.

IT IS THEREFORE ORDERED THAT Plaintiff must file, **on or before January 4, 2016,** an Amended Complaint containing the specified information. If he does not timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 1st day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE