UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY LENN MOORE, JR.                                                        PLAINTIFF

V.                              3:15CV00370 KGB/JTR

FLECIA ANN KING, Kitchen Supervisor,
Craighead County Detention Center, et al.                          DEFENDANTS

## ORDER

Plaintiff's request for appointment of counsel, which is contained in his Amended Complaint *(Doc. 6)*, is DENIED for the reasons explained in the Initial Order to *Pro Se* Prisoners *(Doc.2)*.

IT IS SO ORDERED this 21st day of December, 2015.

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE