UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY LENN MOORE, JR.,
ADC #108555                                                                                          PLAINTIFF

V.                                          3:15CV00370 KGB/JTR

FLECIA ANN KING,
 Kitchen Supervisor,
Craighead County Detention Center, et al.                                      DEFENDANTS

## ORDER

Plaintiff's Motion for A Status Update *(Doc. 12)* is GRANTED, and the Clerk is directed to mail Plaintiff a copy of the docket sheet for this case. A Recommended Partial Disposition *(Doc. 8)* suggesting that service be ordered on some of the claims raised in the Complaint is currently pending before United States District Judge Kristine G. Baker, and she has a copy of Plaintiff's Objections *(Doc. 9)* to that Recommendation. Thus, there is nothing that Plaintiff needs to do at this time.

IT IS SO ORDERED this 11th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

-1-