## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LARRY LENN MOORE, JR.,
ADC #108555                                                              PLAINTIFF

V.                              3:15CV00370 KGB/JTR

FLECIA ANN KING, Kitchen Supervisor,
Craighead County Detention Center                           DEFENDANT


### ORDER

Service on Defendant Felicia Ann King at the Craighead County Detention

Center has been returned unexecuted because it appears that she no longer works for

that facility. *Doc. 15.*

IT IS THEREFORE ORDERED THAT:

1.      The Administrator of the Craighead County Detention is directed to file,

**on or before July 11, 2016,** a **SEALED** Statement containing Defendant King's last

known private mailing address.

2.      The Clerk is directed to mail a copy of this Order to the Administrator

of the Craighead County Detention.

Dated this 9th day of June, 2016.


_____
UNITED STATES MAGISTRATE JUDGE