UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY LENN MOORE, JR.,
ADC #108555                                                                                          PLAINTIFF

V.                              3:15CV00370 KGB/JTR

FLECIA ANN KING, Kitchen Supervisor,
Craighead County Detention Center                                                    DEFENDANT

### ORDER

The Clerk is directed to prepare a summons for Defendant King at her sealed private address. *Doc. 19.* The U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and May 5, 2016 Order *(Doc. 14)* on her without prepayment of fees and costs or security therefor. **Defendant King's private address must be redacted from the return of service and all other public portions of the record.**

IT IS SO ORDERED this 6th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE