UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY LENN MOORE, JR.,
ADC #108555                                                                                     PLAINTIFF

V.                                    3:15CV00370 KGB/JTR

FELICIA KING,
former Kitchen Supervisor,
Craighead County Detention Center                                                    DEFENDANT

## ORDER

The parties have not consented to proceed before a United States Magistrate Judge, and they have requested a jury trial. No dispositive motions have been filed, and the time to do so has expired. Accordingly, this case is ready to be set for a jury trial before the Honorable Kristine G. Baker, United States District Judge.

IT IS SO ORDERED this 14th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE