UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY LENN MOORE, JR.,
ADC #108555                                                                 PLAINTIFF

V.                            3:15CV00370 JTR

FELICIA KING, Kitchen Supervisor,
Craighead County Detention Center                                           DEFENDANT

## ORDER

Consistent with the information provided in the Motion for Summary Judgment, the Clerk is directed to change Defendant Felicia King's job title to "Food Service Coordinator." *Doc. 51, Ex. 2 at 1*.

Dated this 30th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE