UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY LENN MOORE, JR.,
ADC #108555                                                                                   PLAINTIFF

V.                                  3:15-CV-00370-JTR

FELICIA KING, Kitchen Supervisor,
Craighead County Detention Center                                                DEFENDANT

## ORDER

As discussed during a telephone conference between counsel for both parties and the Court on this date, at approximately 3:30 p.m., the parties are relieved of the obligation to file trial briefs and proposed findings of fact and conclusions of law. The Court's Scheduling Order, *Doc. No. 47*, is modified accordingly.

Dated this 2nd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE